**FILED**
October 21, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:20-mj-00155-DB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| JAYSON FERNANDEZ BUTAY, | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, JAYSON FERNANDEZ BUTAY, Case No. 2:20-mj-00155-DB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $150,000.00.

   \_\_\_   Co-Signed Unsecured Appearance Bond

   _X_   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/21/2020   at  4:00 p.m.

By: _/s/ Jeremy Peterson_
UNITED STATES MAGISTRATE JUDGE